**Gary William HALLFORD,
Plaintiff—Appellant,**

v.

**CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, Each Individual Member, Defendant—Appellee.**

No. 08–16322.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 17, 2009.*

Filed Dec. 14, 2009.

Gary William Hallford, Represa, CA, pro se.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

## MEMORANDUM [**]

Gary William Hallford, a California state prisoner, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action for failure to comply with a court order. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir.1992). We affirm.

The district court did not abuse its discretion by dismissing Hallford's action for failure to comply with a court order where the district court described the inadequacies of Hallford's complaint, warned him that failure to file a second amended complaint would result in dismissal, and gave him ample time to amend. *See id.* at 1260–62; *Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1065 (9th Cir.2004) ("The failure of the plaintiff eventually to respond to the court's ultimatum—either by amending the complaint or by indicating to the court that [he] will not do so—is properly met with the sanction of a Rule 41(b) dismissal.").

Hallford's remaining contentions are unpersuasive.

Hallford's "Motion For Service Upon Particular Defendants" is denied.

**AFFIRMED.**

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

[*] The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).